## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00219 |
| | ) | Judge Trauger |
| ERIC LIGGETT | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the Petition to Revoke Supervision (Docket No. 46) is set for hearing on Wednesday, February 20, 2013, at 3:30 p.m.

It is so **ORDERED**.

ENTER this 30th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge