UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Hearing reset for 9/26/13 at 2:30 p.m.**
>
> *[signature]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-00219 |
| | ) | JUDGE TRAUGER |
| ERIC LIGGETT | ) | |

### MOTION TO CONTINUE HEARING

Comes counsel for the defendant and states that he has been advised that Mr. Liggett's state case has been bound over to the Davidson County Grand Jury. Consequently, Mr. Liggett moves to continue the revocation proceeding in this court until the resolution of the case in state court out of which this proceeding is 100 percent derived. Holding this hearing prior to the resolution of the state case could adversely impact decisions he makes regarding testimony in view of his privilege under the Fifth Amendment of the United States Constitution.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2013, I electronically filed the foregoing Motion to Continue Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Blanche B. Cook, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN