UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing will be reset by separate order.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:07-00219 |
| | ) | JUDGE TRAUGER |
| ERIC LIGGETT | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Eric Liggett, by and through counsel, moves to continue this case for a period of at least six (6) months. Assistant U.S. Attorney Blanche B. Cook, and the U.S. Probation Officer assigned have no objection to a continuance.

The gravamen of Liggett's alleged violation of supervised release relates to a charge pending in the Criminal Court of Davidson County. In July, 2013, this case was bound over to the Davidson County Grand Jury. It is anticipated that this case will be tried since Mr. Liggett maintains his innocence. The resolution of this case could take a substantial period of time, much of which is beyond the ability of Mr. Liggett to control. For example, Mr. Liggett has no control over the indictment process which could take anywhere from seven to nine months. After that time, a trial will occur, and it is not known when this case will be tried, except that the criminal dockets are crowded in Davidson County, and the time could be substantial.

The stress of the State case resulted in Liggett using marijuana. At the insistence of the probation office, Liggett has been to Centerstone, and it was determined that he does